# Third District Court of Appeal

## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1753
Lower Tribunal No. AHHCH8E

_____

**William Craig Thomas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Robin Faber, Judge.

William Craig Thomas, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.